```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, and MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND,

                Plaintiffs,

-against-

EMERALD GREEN BUILDING SERVICES, LLC,

                Defendant.

20-cv-6204 (MKV)

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

      On November 12, 2020, the Court held a hearing on Plaintiffs' motion for a default judgment against Defendant Emerald Green Building Services, LLC [ECF #10]. As the Court stated on the record at the hearing, the motion is DENIED, without prejudice to renewal, for improper service of process. The Court also explained at the hearing that any renewed motion for a default judgment must explain why Plaintiffs are entitled to the injunctive relief they seek. It must also address the assertion, in a letter Plaintiffs submitted to the Court, that the union agreed to waive Defendant's benefits funds payments pending the resolution of an administrative action before the National Labor Relations Board [ECF #11-3].

**SO ORDERED.**

Date:  November 12, 2020
         New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge