EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,
BUILDING SERVICE 32BJ THOMAS SHORTMAN
TRAINING, SCHOLARSHIP AND SAFETY FUND, and
MASSACHUSETTS SERVICE EMPLOYEES PENSION
FUND,

                                        Plaintiffs,
     -against-                                 NOTICE OF DISMISSAL
                                                     20-cv-6204 (MKV) (SN)

EMERALD GREEN BUILDING SERVICES, LLC,

                                        Defendant.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SCHOLARSHIP AND SAFETY FUND, and MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND by their attorneys, Raab, Sturm & Ganchrow, LLP., dismiss the above captioned matter without prejudice, pursuant to FRCP 41(a)(1)(A)(1).

Dated: Fort Lee, New Jersey
         March 17, 2021

                                                  Raab, Sturm & Ganchrow, LLP

                                                  By: s/ Ira A. Sturm
                                                      Ira A. Sturm (IS 2042)
                                                     Attorneys for Plaintiffs
                                                     2125 Center Avenue, Suite 100
                                                     Fort Lee, New Jersey 07024
                                                     201-292-1050
                                                     isturm@rsgllp.com

FH5248396.2